COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Rolando Acevedo, et al., v. The O'Quinn Law Firm, et al.

Appellate case number:   01-14-00138-CV

Trial court case number:  392,247-416

Trial court:             Probate Court Number 2 of Harris County

After this Court's December 16, 2014 Order reinstated this case, intervenors-appellants filed an "Unopposed Second Motion to Abate Appeal Pending Settlement Approval" for another ninety days until March 20, 2015. Appellants' counsel explains that he had failed to file a motion or further status update by December 2, 2014, because that deadline was not calendared. Appellants' counsel, however, contends that, since his last update letter filed with this Court on November 3, 2014, settlement negotiations have been fruitful as the trial court signed an order on November 7, 2014, appointing Judge Frank Price as Special Master to apportion each client's share of the proposed settlement. Judge Price is expected to complete his tasks within the next ten days and releases will then have to be sent to all fifty appellants and other clients connected to this suit, appellants request to extend the abatement of this appeal. Because appellants' counsel apparently mistakenly failed to calendar the December 2, 2014, deadline, and a Special Master has been appointed, appellants' motion to abate is **granted**.

Accordingly, this appeal is abated again, treated as a closed case, and removed from this Court's active docket. However, counsel for both parties is instructed to update this Court regarding the status of settlement of this appeal **every thirty days from the date of this order**. Unless otherwise advised via motion to extend the abatement, or the appeal is dismissed upon a motion, the Court will reinstate this appeal on March 23, 2015. Upon reinstatement, appellants' brief will be due April 22, 2015.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

                ☑ Acting individually    ☐ Acting for the Court

Date: December 23, 2014